# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA STUTSON,<br><br>  Plaintiff,<br><br>vs.<br><br>BUREAU OF PRISONS,<br><br>  Defendant. | Case No.: C-11-03979-YGR<br><br>**ORDER GRANTING MOTION OF PLAINTIFF FOR TELEPHONIC APPEARANCE AT THE HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Plaintiff's Motion for Telephonic Appearance at the May 1, 2012 Hearing on Defendant's Motion to Dismiss is **GRANTED**. The week before the hearing date, Plaintiff shall contact the Courtroom Deputy, Frances Stone, at (510) 637-3540, to make arrangements.

This Order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

April 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**