United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TANYA STUTSON,

    Plaintiff,

    vs.

BUREAU OF PRISONS and DOES 1 through 50,

    Defendants.

Case No.: C-11-03979-YGR

**ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND'S ENLARGEMENT OF TIME TO FILE AN AMENDED COMPLAINT**

The Court has reviewed Plaintiff's Case Status Response, Dkt. No. 42, mailed on August 3, 2012, which requests an additional 60 days to file an amended complaint. The Court will grant the request.

Accordingly, the deadline for Plaintiff to file an amended complaint is hereby **EXTENDED** from June 25, 2012 to **October 2, 2012**. <u>No further extensions of the deadline to file an amended complaint shall be granted</u>. Any response to the amended complaint must be filed within 30 days after the amended complaint is filed.

A compliance hearing regarding the filing of an amended complaint shall be held on **Friday, October 5, 2012**, on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. If Plaintiff has filed an amended complaint, the parties need not appear and the compliance hearing will be taken off calendar. If Plaintiff has not filed an amended complaint, the case shall be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Date: August 22, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**