United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TANYA STUTSON,** | Case No.: **11-CV-03979 YGR** |
| **Plaintiff,** | **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |
| vs. | |
| **BUREAU OF PRISONS** *et al.*, | |
| **Defendant(s).** | |

On December 21, 2012, the Court dismissed Plaintiff's amended complaint with leave to amend by no later than March 29, 2013. Plaintiff was warned that failure to file a second amended complaint would result in dismissal of this action for failure to prosecute. Plaintiff did not file a second amended complaint.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Date: **April 17, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**